1 JOSHUA E. KIRSCH (179110)
  KONSTANTIN SAVRANSKY (267707)
2 GIBSON ROBB & LINDH LLP
  201 Mission Street, Suite 2700
3 San Francisco, California 94105
  Telephone:   (415) 348-6000
4 Facsimile:   (415) 348-6001
  Email:        jkirsch@gibsonrobb.com
5              ksavransky@gibsonrbb.com

6 Attorneys for Plaintiff
  GREAT AMERICAN INSURANCE
7 COMPANY OF NEW YORK

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation; | ) ) ) | Case No. 3:15-CV-03398-MEJ |
|---|---|---|---|
| 13 | | ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE FRCP RULE 26(f) REPORT AND INITIAL CASE MANAGEMENT CONFERENCE |
| 14 | Plaintiff, | ) ) | |
| 15 | v. | ) ) | |
| 16 | CHINA OCEAN SHIPPING COMPANY AMERICAS, INC., a corporation; COSCO CONTAINER LINES CO., LTD., an entity of unknown form; COSCO CONTAINER LINES AMERICAS, INC., a corporation; SEA TRADE INTERNATIONAL, INC., a foreign corporation; SEA TRADE INTERNATIONAL, INC. (SHANGHAI), an entity of unknown form; SEA TRADE ENTERPRISES CANADA, INC., an entity of unknown form; and SEA TRADE INTERNATIONAL, INC. (CANADA), an entity of unknown form; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| 23 | Defendants. | ) ) | |

24

25     On October 15, 2015, Plaintiff GREAT AMERICAN INSURANCE COMPANY OF

26 NEW YORK and Defendants COSCO CONTAINER LINES CO., LTD. and COSCO

27 CONTAINER LINES AMERICAS, INC., submitted a Stipulated Request for an Order to extend

28 time to file the FRCP Rule 26(f) report in the above-captioned matter.

1  Having reviewed the request, and good cause appearing therefor, the Court hereby grants
2  the request and orders that the FRCP Rule 26(f) Report and Case Management Statement will
3  now be due to be filed on October 22, 2015.  Furthermore, the Initial Case Management
4  Conference currently scheduled for October 22, 2015, at 10:00 a.m., in Courtroom B, 15th Floor,
5  at the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102 will
6  be rescheduled for October 29, 2015, at 10:00 a.m. at the same location.

8  **IT IS SO ORDERED.**

10  Dated: October 15, 2015

    Judge Maria-Elena James
    United States Magistrate Judge