1  JOSHUA E. KIRSCH (179110)
   KONSTANTIN SAVRANSKY (267707)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California 94105
   Telephone:    (415) 348-6000
4  Facsimile:    (415) 348-6001
   Email:        jkirsch@gibsonrobb.com
5                ksavransky@gibsonrobb.com

6  Attorneys for Plaintiff
   GREAT AMERICAN INSURANCE
7  COMPANY OF NEW YORK

8

9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>CHINA OCEAN SHIPPING COMPANY AMERICAS, INC., a corporation; COSCO CONTAINER LINES CO., LTD., an entity of unknown form; COSCO CONTAINER LINES AMERICAS, INC., a corporation; SEA TRADE INTERNATIONAL, INC., a foreign corporation; SEA TRADE INTERNATIONAL, INC. (SHANGHAI), an entity of unknown form; SEA TRADE ENTERPRISES CANADA, INC.,an entity of unknown form; and SEA TRADE INTERNATIONAL, INC. (CANADA), an entity of unknown form;<br><br>Defendants. | Case No. 3:15-CV-03398-MEJ<br><br>[~~PROPOSED~~] ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE<br><br>**Date:** October 29, 2015<br>**Time:** 10:00 a.m.<br>**Dept.:** Courtroom B, 15th Floor<br>       450 Golden Gate Ave.<br>       San Francisco, CA 94105<br>**Judge:** Hon. Maria-Elena James |

28  / / /

1    On October 22, 2015, Plaintiff GREAT AMERICAN INSURANCE COMPANY OF
2    NEW YORK filed a Notice of Settlement in Lieu of FRCP 26 Report and Request to Vacate
3    Initial Case Management Conference in the above-captioned matter.  Having reviewed the Notice
4    of Settlement and Request to Vacate Initial Case Management Conference, the Court hereby
5    vacates the Initial Case Management Conference currently scheduled for October 29, 2015, at
6    10:00 a.m., in Courtroom B, 15th Floor, at the Phillip Burton Federal Building, 450 Golden Gate
7    Avenue, San Francisco, CA 94102.

9    **IT IS SO ORDERED.**

11   Dated: _____October 22_____, 2015      _____
12                                           Judge Maria-Elena James
                                             United States Magistrate Judge